IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:16cr16-KS-MTP

ARTIE FLETCHER   18 U.S.C. § 4

**The United States Attorney charges:**

That from on or about December 13, 2012 through on or about April 22, 2014, in Forrest County in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ARTIE FLETCHER**, did knowingly and willfully fail to report to legal authorities a felony cognizable by a court of the United States, in that the defendant failed to report that another individual known as KF had prepared a false document by forging the initials of the defendant **ARTIE FLETCHER** for the purpose of submitting the document to the Department of Housing and Urban Development (HUD) through the City of Hattiesburg, knowing that the individual known as KF had used the false document to deceive HUD and thereafter embezzled, stole, purloined, or knowingly converted to his own use funds set aside by the Department of Housing and Urban Development for the rehabilitation of one or more properties within the City of Hattiesburg, as prohibited by Section 641, Title 18, United States Code. Thereafter, **ARTIE FLETCHER** committed an affirmative act of concealment by filing a civil complaint in the Circuit Court of Forrest County, Mississippi, in Cause No. CI13-0245.

All in violation of Section 4, Title 18, United States Code.

_____ on behalf of
GREGORY K. DAVIS
United States Attorney